The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTINA SHVAROVA<br><br>                      Plaintiff(s),<br><br>v.<br><br>HARTFORD FIRE AND CASUALTY GROUP<br><br>                      Defendant(s). | NO. 2:18-cv-00451-MJP<br><br>ORDER AMENDING COMPLAINT AND CASE CAPTION |

Based on the foregoing stipulation of the parties, and the court finding good cause to amend the complaint and case caption to name the proper party therefore

**IT IS ORDERED** that the case caption and complaint shall be amended consistent with the attached proposed complaint and filed and served by Plaintiff in accordance with LCR 15.

Ordered this 21st day of June, 2018.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER TO AMEND
COMPLAINT AND CASE CAPTION - 1
2:18-cv-00451-MJP